No. 505.   METRO-GOLDWYN PICTURES CORP. ET AL. *v.* SHELDON ET AL.   December 4, 1939.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. John W. Davis* and *Samuel D. Cohen* for petitioners. · *Mr. Arthur F. Driscoll* for respondents.

No. 485.   TWEEDIE *v.* COMMISSIONER OF INTERNAL REVENUE.   December 4, 1939.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Charles W. Hagen* for petitioner.   *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 494.   HERDER ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   December 4, 1939.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.   *Mr. Camden R. McAtee* for petitioners.   *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 495.   PORTO RICO RAILWAY, LIGHT & POWER CO. *v.* COLOM, COMMISSIONER OF THE INTERIOR OF PUERTO RICO, ET AL.   December 4, 1939.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. Henri Brown* and *Carroll G. Walter* for petitioner.   *Solicitor General Jackson, Assistant Attorney General Shea,* and *Messrs. William Cattron Rigby* and *Robert E. Sher* for respondents.